IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SUSAN LIEBERT, ANNA HAAS, ANNA
POI, and ANASTASIA FERIN KNIGHT,

    Plaintiffs,

    v.                        Case No. 23C0672

WISCONSIN ELECTIONS COMMISSION,
DON M. MILLIS, ROBERT F. SPINDELL,
MARGE BOSTELMANN, ANN S. JACOBS,
MARK L. THOMPSEN, and JOSEPH J.
CZARNEZKI, in their official capacities as
commissioners of the Wisconsin Elections
Commission, MEAGAN WOLFE, in her
official capacity as administrator of the
Wisconsin Elections Commission, MICHELLE
LUEDTKE, in her official capacity as city
clerk for the City of Brookfield; MARIBETH
WITZEL-BEHL, in her official capacity as city
clerk for the City of Madison; and LORENA
RAE STOTTLER, in her official capacity as
city clerk for the City of Janesville,

    Defendants.

## NOTICE OF ADDITIONAL APPEARANCE

PLEASE TAKE NOTICE that Defendants, Wisconsin Elections Commission, Don M. Millis, Robert F. Spindell, Marge Bostelmann, Ann S. Jacobs, Mark L. Thompsen, And Joseph J. Czarnezki, and Meagan Wolfe, appear in this action by their attorney, Steven C. Kilpatrick, Assistant

Attorney General, and ask that all documents in this matter be served upon Assistant Attorney General Gibson personally at 17 West Main Street, Madison, Wisconsin 53703, by first-class mail at Post Office Box 7857, Madison, Wisconsin 53707-7857, or by the CM/ECF system for the Western District of Wisconsin.

Assistant Attorney General Steven C. Kilpatrick appears in addition to Assistant Attorney General Charlotte Gibson who has previously appeared in this matter.

Dated this 9th day of October 2023.

    Respectfully submitted,

    JOSHUA L. KAUL
    Attorney General of Wisconsin

    Electronically signed by:

    <u>s/ Steven C. Kilpatrick</u>
    STEVEN C. KILPATRICK
    Assistant Attorney General
    State Bar #1025452

    Attorneys for Wisconsin Elections Commission, Don M. Millis, Robert F. Spindell, Marge Bostelmann, Ann S. Jacobs, Mark L. Thompsen, And Joseph J. Czarnezki, and Meagan Wolfe

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-1792
(608) 294-2907 (Fax)
kilpatricksc@doj.state.wi.us

## CERTIFICATE OF SERVICE

I certify that on October 9, 2023, I electronically filed the foregoing *Notice Additional of Appearance* with the clerk of court using the CM/ECF system, which will accomplish electronic notice and service for all participants who are registered CM/ECF users.

Dated this 9th day of October 2023.

                                               s/ Steven C. Kilpatrick
                                               STEVEN C. KILPATRICK
                                               Assistant Attorney General