IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SUSAN LIEBERT, ANNA HAAS, ANNA POI, and ANASTASIA FERIN KNIGHT,

    Plaintiffs,

v.

Case No. 23-CV-0672

WISCONSIN ELECTIONS COMMISSION, DON M. MILLIS, ROBERT F. SPINDELL, MARGE BOSTELMANN, ANN S. JACOBS, MARK L. THOMPSEN, and JOSEPH J. CZARNEZKI, in their official capacities as commissioners of the Wisconsin Elections Commission, MEAGAN WOLFE, in her official capacity as administrator of the Wisconsin Elections Commission, MICHELLE LUEDTKE, in her official capacity as city clerk for the City of Brookfield, MARIBETH WITZEL-BEHL, in her official capacity as city clerk for the City of Madison, and LORENA RAE STOTTLER, in her official capacity as city clerk for the City of Janesville,

    Defendants.

## NOTICE OF ADDITIONAL APPEARANCE

PLEASE TAKE NOTICE that Defendants, Wisconsin Elections Commission, Don M. Millis, Robert F. Spindell, Marge Bostelmann, Ann S. Jacobs, Mark L. Thomsen, Joseph J. Czarnezki, and Meagan Wolfe, appear in this action by their attorney, Karla Z. Keckhaver, Assistant Attorney General, and ask that all documents in this matter be served upon

Assistant Attorney General Keckhaver personally at 17 West Main Street, Madison, Wisconsin 53703, by first-class mail at Post Office Box 7857, Madison, Wisconsin 53707-7857, or by the CM/ECF system for the Western District of Wisconsin.

Assistant Attorney General Karla Z. Keckhaver appears in addition to Assistant Attorneys General Charlotte Gibson and Steven C. Kilpatrick who have previously appeared in this matter.

Dated this 10th day of October 2023.

    Respectfully submitted,

    JOSHUA L. KAUL
    Attorney General of Wisconsin

    Electronically signed by:

    s/Karla Z. Keckhaver
    KARLA Z. KECKHAVER
    Assistant Attorney General
    State Bar #1028242

    Attorneys for Defendants Wisconsin Elections Commission, Don M. Millis, Robert F. Spindell, Marge Bostelmann, Ann S. Jacobs, Mark L. Thomsen, Joseph J. Czarnezki, and Meagan Wolfe

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 264-6365
(608) 294-2907 (Fax)
keckhaverkz@doj.state.wi.us

## CERTIFICATE OF SERVICE

I certify that on October 10, 2023, I electronically filed the foregoing *Notice of Additional Appearance* with the clerk of court using the CM/ECF system, which will accomplish electronic notice and service for all participants who are registered CM/ECF users.

Dated this 10th day of October 2023.

Electronically signed by:

s/Karla Z. Keckhaver
KARLA Z. KECKHAVER
Assistant Attorney General