AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin

SUSAN LIEBERT; ANNA HAAS; ANNA POI; and ANASTASIA FERIN KNIGHT )
*Plaintiff* )
v. ) Case No. 23-CV-0672
WISCONSIN ELECTIONS COMMISSION, et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Susan Liebert, Anna Haas, Anna Poi, and Anastasia Ferin Knight        .

Date: 10/18/2023

/s/ Uzoma Nkwonta
*Attorney's signature*

Uzoma Nkwonta DC Bar No. 975323
*Printed name and bar number*

Elias Law Group LLP
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001

*Address*

unkwonta@elias.law
*E-mail address*

(202) 968-4490
*Telephone number*

*FAX number*