UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

S<small>USAN</small> L<small>IEBERT</small>, A<small>NNA</small> H<small>AAS</small>, A<small>NNA</small> P<small>OI</small>, *and* A<small>NASTASIA</small> F<small>ERIN</small> K<small>NIGHT</small>,

    *Plaintiffs*,

v.

W<small>ISCONSIN</small> E<small>LECTIONS</small> C<small>OMMISSION</small>, D<small>ON</small> M. M<small>ILLIS</small>, R<small>OBERT</small> F. S<small>PINDELL</small>, M<small>ARGE</small> B<small>OSTELMANN</small>, A<small>NN</small> S. J<small>ACOBS</small>, M<small>ARK</small> L. T<small>HOMSEN</small>, *and* J<small>OSEPH</small> J. C<small>ZARNEZKI</small>, *in their official capacities as commissioners of the Wisconsin Elections Commission*, M<small>EAGAN</small> W<small>OLFE</small>, *in her official capacity as administrator of the Wisconsin Elections Commission*, M<small>ICHELLE</small> L<small>UEDTKE</small>, *in her official capacity as city clerk for the City of Brookfield*, M<small>ARIBETH</small> W<small>ITZEL</small>-B<small>EHL</small>, *in her official capacity as city clerk for the City of Madison*, *and* L<small>ORENA</small> R<small>ASE</small> S<small>TOTTLER</small>, *in her official capacity as city clerk for the City of Janesville*,

    *Defendants*.

Case No. 3:23-cv-00672-slc

---

### THE WISCONSIN STATE LEGISLATURE'S
### MOTION TO DISMISS THE COMPLAINT OR STAY

---

Under Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure and this Court's inherent authority to stay a case, Intervenor Defendant the Wisconsin Legislature ("Legislature") hereby submits this Motion To Dismiss Plaintiffs' Complaint. The Legislature sets forth the grounds for this Motion in its Memorandum Of Law In Support Of Its Motion To Dismiss Or Stay, which it has filed

contemporaneously with this Motion. For the reasons set forth in this supporting memorandum, the Legislature respectfully requests that this Court grant its Motion.

Dated: December 6, 2023.

        Respectfully submitted,

        <u>/s/ Misha Tseytlin</u>
        MISHA TSEYTLIN
        *Counsel of Record*
        KEVIN M. LEROY
        CARSON A. COX*
        TROUTMAN PEPPER
        HAMILTON SANDERS LLP
        227 W. Monroe, Suite 3900
        Chicago, Illinois 60606
        (608) 999-1240 (MT)
        (312) 759-1938 (KL)
        (804) 697-1338 (CC)
        (312) 759-1939 (fax)
        misha.tseytlin@troutman.com
        kevin.leroy@troutman.com
        carson.cox@troutman.com

        *Attorneys for the Wisconsin State Legislature*

        *Admitted pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of December, 2023, a true and accurate copy of the foregoing was served via the Court's CM/ECF system upon all counsel of record.

<u>*/s/Misha Tseytlin*</u>
MISHA TSEYTLIN